1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH WRIGHT,<br><br>          Plaintiff,<br><br>     v.<br><br>BANK OF AMERICA, et al.,<br><br>          Defendant. | No.  2:16-cv-1858 MCE CKD PS<br><br><br>FINDINGS AND RECOMMENDATIONS |

By order filed November 18, 2016, plaintiff's second complaint was dismissed and thirty days leave to file a third amended complaint was granted.  The thirty day period has now expired, and plaintiff has not filed a third amended complaint or otherwise responded to the court's order.

Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.  <u>See</u> Local Rule 110; Fed. R. Civ. P. 41(b).

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Failure to file objections

/////

/////

1

1  within the specified time may waive the right to appeal the District Court's order. <u>Martinez v.</u>
2  <u>Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).
3  Dated: January 6, 2017

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

6  4 wright1858.fta